NDFL PROB 12C
12/04

# United States District Court
### for the
### Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Mark Alvin Tyson | Case Number: | 3:05CR61-001/LAC |

Name of Sentencing Judicial Officer:   Honorable Lacey A. Collier, Senior U.S. District Judge

Date of Original Sentence:   12/02/2005

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing Cocaine

Original Sentence:   36 months BOP followed by 3 years supervised release

Type of Supervision:   Supervised Release        Date Supervision Commenced:   05/15/2008

Asst. U.S. Attorney:   Randall J. Hensel        Defense Attorney:   Charles W. Lammers

### PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Violation of Mandatory Condition, In a report dated February 4, 2011, this office informed the Court that on January 14, 2011, Tyson submitted a quick test urine sample at the U.S. Probation Office which tested positive for marijuana. Tyson denied using marijuana and the sample was sent to the lab for confirmation. On January 19, 2011, the lab confirmed the sample to be positive for the presence of marijuana. On January 26, 2011, Tyson met with this officer and Supervisor Larry Gibbs in the U.S. Probation Office to discuss his illegal drug use. Tyson admitted he used a small amount of marijuana on or about December 25, 2010. He indicated he did not have an addiction and did not feel as though he needed any counseling to abstain from future drug use. |
| | This office recommended this violation be held in abeyance giving Tyson the opportunity to remain drug free for the remainder of his term of supervision. As the Court was advised, Tyson was placed on a computer generated color code reporting system and has been required to submit two random drug tests each month. |



CLERK
... CT.
... DIST. FLA.
...COLA, FLA.

11 MAR -3 PM 1: 40



RECEIVED

RE:     Mark Alvin Tyson, Dkt #3:05CR61-001/LAC
        Petition for Warrant or Summons for Offender Under Supervision
        Page #2

|   |   |
|---|---|
|   | On February 13, 2011, according to the computer generated color code system, Tyson was required to report for a urinalysis, but failed to do so. On February 14, 2011, this officer visited Tyson's residence and confronted him concerning his failure to report. Mr. Tyson informed this officer that he forgot and he was instructed to come in on February 15, 2011 for a urinalysis. |
| 2 | Violation of Mandatory Condition, Tyson reported on February 15, 2011, and submitted a quick test urinalysis which tested positive for cocaine. Tyson was given the opportunity to admit to cocaine use and sign an admission form which he refused to do. Tyson left the building but returned a short time later and requested to speak with this officer. Tyson explained to this officer that on Sunday night, February 13, 2011, he was in his home with a prostitute. He stated the prostitute was smoking crack and blew smoke into his mouth several times. Tyson stated he did not actually smoke the crack but that he obviously got crack cocaine in his system from the prostitute. This officer explained to Tyson that hiring a prostitute and associating with people involved in criminal activity was also a violation of his supervised release. |
|   | Tyson inquired about possibly participating in substance abuse counseling. This officer explained to Tyson that he had not admitted to willingly using cocaine and informed this officer that he did not have a problem with drug use and that was something he needed to consider doing before being referred to counseling. Tyson informed this officer that he did not feel he needed counseling but enrolling in substance abuse counseling may get him a favorable sentence at this violation hearing. Mr. Tyson was encouraged to seek counseling on his own at the Lakeview Center and to participate in Narcotics Anonymous classes. |

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked
[   ] Extended

[   ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

RE:  Mark Alvin Tyson, Dkt #3:05CR61-001/LAC
     Petition for Warrant or Summons for Offender Under Supervision
     Page #3

                                    Executed on     February 28, 2011

                                                    Jeffrey M. Ishee
                                                    U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✱]  The Issuance of a Summons
[ ]  Other

                                    Signature of Judicial Officer

                                    3 Mar 11
                                    Date

Warrant/Summons Issued:  3/4/11
                         Date              Deputy Clerk